# VERN S. LAZAROFF
Attorney at Law

| | |
|---|---|
| 123 Blueberry Drive [ ]<br>Milford, Pennsylvania 18337<br>Tel (570) 6862824 | 143 Pike Street [X]<br>P.O. Box 1108<br>Port Jervis, NY 12771<br>Tel (845) 856-5335 |
| Admitted NY and PA | |

Hearing adjourned to February 24, 2022 at 2:30 p.m.

Fax 888-977-5377
E-Mail: office@vernlazaroff.com

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
January 10, 2022

January 10, 2022

Honorable Cathy Seibel, D.C.J.
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE:    USA v. Mantz
              Civil No.: 7:19-cv-08668

Dear Judge Seibel:

With respect to the above matter, this is to respectfully request an adjournment of the Order to Show Cause hearing scheduled for February 3, 2022 at 9:30 a.m. I have just been retained by defendant, Catrina Mantz, and the Order to Show Cause hearing conflicts with previously scheduled matters on my calendar.

This is my first request for an adjournments.  My adversary has consented to an adjournment of up to three (3) weeks.

Thank you for your consideration.

                                            Respectfully submitted,

                                            /S/  Vern S. Lazaroff

                                            Vern S. Lazaroff

VSL/af
cc:  Barry M. Weiss, Esq.